UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CALIFORNIA CASUALTY GENERAL INSURANCE COMPANY OF OREGON,<br><br>Plaintiff,<br><br>v.<br><br>JOHN SCOTT BOYCE, individually; PHIL ZEVENBERGEN and KARI ZEVENBERGEN, husband and wife; and ELYON ZEVENBERGEN and SHILOH ZEVENBERGEN, their children,<br><br>Defendants. | Case No. C20-543RSM<br><br>ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER |

Before the Court is the Stipulated Motion to Modify the Scheduling Order. Dkt. #14. The Parties request an order extending the current scheduling deadlines for thirty (30) days to accommodate mediation.

The Court finds that, pursuant to Federal Rule of Civil Procedure 16(b)(4), the Parties have shown good cause. Accordingly, it is ORDERED that:

1. The Stipulated Motion to Modify the Scheduling Order (Dkt. #14) is granted; and

2. The current scheduling deadlines will be extended thirty (30) days. The Court will issue a new order regarding initial disclosures and joint status report reflecting the same.

DATED this 29th day of May, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION TO MODIFY THE SCHEDULING ORDER - 1